UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH ANTWAN ARTIS,

     Plaintiff,

                                 Case No. 1:24-cv-1250

v.

                                 Hon. Hala Y. Jarbou

ANTHONY LEONARD,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On March 12, 2025, Magistrate Judge Phillip J. Green issued an amended report and recommendation (R&R) that Plaintiff's claims against named defendants Christopher R. Herman, Kellen A. Dotson, and the City of Grand Rapids be dismissed.  (ECF No. 8.)  The amended R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on March 26, 2025.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

One day before the deadline for objections expired, Plaintiff, who is representing himself in this action, filed what appears to be a supplement to his amended complaint.  (ECF No. 9.)  Plaintiff already amended his complaint once by right (ECF No. 7), so he may only amend the complaint further with the Court's leave.  Fed. R. Civ. P. 15(a)(1).  In the interest of justice, the Court will permit the amendment, which in any event does not appear to expand on Plaintiff's allegations of fact.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 8) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Christopher Herman, Kellen Dotson, and the City of Grand Rapids are **DISMISSED**.

Dated: June 16, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE

2